

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
CHELMSFORD IMMIGRATION COURT

Respondent Name:
   GOMES GUALBERTO, HELIOSA APARECIDA

To:
   Kravitz, Daniel Marc
   2000 Massachusetts Ave, Suite 2
   Suite #2
   Cambridge, MA 02140

A-Number:
249-104-481
Riders:
In Custody Redetermination Proceedings

Date:
02/19/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:
   ☐ released from custody on his own recognizance.
   ☑ released from custody under bond of $ 4,500.00
   ☑ other:
      The Court has jurisdiction through a habeas order.

☐ Other:

Immigration Judge: Smith, Natalie 02/19/2026

| Appeal: | Department of Homeland Security: | ☐ waived | ☑ reserved |
|---|---|---|---|
| | Respondent: | ☑ waived | ☐ reserved |

Appeal Due: 03/23/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : GOMES GUALBERTO, HELIOSA APARECIDA | A-Number : 249-104-481

Riders:

Date: 02/19/2026 By: Park, Brian, Court Staff